UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| THE FORT LAUDERDALE BRIDGE CLUB, INC. | CASE NO.: 13-14289-LMI |
| Debtor. | |
| _____/ | |

### CREDITOR/APPELLANT, SAMUEL D. ROSEN'S NOTICE OF APPEAL REGARDING (DOC 1418) AND (DOC 1419)

**PLEASE TAKE NOTICE** that SAMUEL D. ROSEN, Creditor/Appellant ("Rosen"), by and through undersigned counsel, hereby appeals from each and every portion of the two (2) Orders of the Bankruptcy Court (Mark, J.) dated August 31, 2015 and entered September 1, 2015: (Doc. 1418) "Order Denying Samuel Rosen's Motion to Disqualify and Motion to Vacate Orders" See Attached Exhibit "A" and (Doc 1419) "Order Denying Samuel Rosen's Motion to Disqualify and Motion to Vacate Orders" See Attached Exhibit "B".

Dated:  September 9, 2015                    Respectfully submitted,

By:/s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738
**SWEETAPPLE, BROEKER & VARKAS, P.L.**
44 W. Flagler Street, Suite 1500
Miami, Florida 33131
Telephone:  (305) 374-5623
Facsimile:  (305) 358-1023
Doug@broekerlaw.com
DocService@broekerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 9th day of September, 2015.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By: /s/ Douglas C. Broeker
 **Douglas C. Broeker, Esquire**
 Florida Bar No. 306738



**ORDERED in the Southern District of Florida on August 31, 2015.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 13-14289-RAM |
| | CHAPTER 11 |
| THE FORT LAUDERDALE BRIDGE CLUB, INC., | |
| Debtor. | |

**ORDER DENYING SAMUEL ROSEN'S**
**MOTION TO DISQUALIFY AND MOTION TO VACATE ORDERS**

On August 27, 2015, Samuel D. Rosen ("Rosen") filed the following motions:

A. Samuel D. Rosen's Verified Motion and Incorporated Memorandum of Law for Disqualification and/or Other Relief Against Thomas Abrams, Jay Gamberg, and their Non-Existent Law

EXHIBIT "A"

Firm of "Gamberg & Abrams," and for an Award of Costs and Counsel's Fees ("Motion to Disqualify") [DE# 1414]; and

 B. Creditor Pro Se Samuel D. Rosen's Verified Motion to Vacate Orders and Rulings Made by Judge Isicoff ("Motion to Vacate Orders") [DE# 1415].

The Court finds that both motions should be denied and that no hearing is necessary or appropriate.

## The Motion to Disqualify

The Motion to Disqualify is based in large part on motions filed by Abrams that resulted in the following Orders that are presently on appeal:

 A. The Order Granting Thomas L. Abrams' Emergency Motion to Enforce Second Amended Plan and Order Confirming Second Amended Plan and Release, Exculpation, Injunction and Discharge Provisions Therein [DE# 1350] (the "Order Enforcing Plan");

 B. The Order Granting Thomas L. Abrams' Motion to Enforce Settlement Agreement Pursuant to Paragraph 17 as to Samuel D. Rosen and for Recovery of Attorney's Fees and Costs [DE# 1351] (the "Order Enforcing Settlement"); and

 C. The Order Granting Fees, Overruling Opposition and Determining that Evidentiary Hearing is Not Necessary (the "Fee Order") [DE# 1371].

2

The appeal of the Order Enforcing Plan and the Order Enforcing Settlement was initiated by a Notice of Appeal filed by Samuel D. Rosen on June 24, 2015 [DE# 1355]. The appeal is presently pending in the U.S. District Court, Case No. 15-CV-22380-KMM.

Mr. Rosen also appealed the Fee Order by Notice of Appeal filed on August 4, 2015 [DE# 1385]. This appeal was assigned to District Judge Marcia G. Cooke, Case No. 15-CIV-22935-MGC. On August 25, 2015, this Court entered an Order Granting Motion to Consolidate Appeals and both appeals are now pending before Chief Judge Moore under Case No. 15-CV-22380-KMM.

Because the issues raised in the Motion to Disqualify include several issues presently on appeal, this Court lacks jurisdiction to consider the Motion to Disqualify.

## The Motion to Vacate

In his Motion to Vacate, Mr. Rosen seeks an Order vacating all prior Orders entered in this case by Judge Isicoff prior to the entry of her Order of Recusal [DE# 1394]. The Motion to Vacate is based on Mr. Rosen's allegation that Judge Isicoff, in recusing, admitted to a bias against Mr. Rosen, which, he argues, taints and invalidates all Orders entered by her in this case. The Order of Recusal in no way implies bias and the Court

3

finds no evidence of bias from the record. The Motion to Vacate will therefore be denied.

There is a second reason for denying both motions. This case was reopened solely to consider the motions filed by Mr. Abrams that resulted in the three Orders presently on appeal. Unless the district court reverses any of the Orders on appeal and remands for further proceedings, the case will again be closed when the appeals are concluded. Therefore, it is –

**ORDERED** that the Motion to Disqualify and the Motion to Vacate Orders are denied.

###

COPIES TO:

Thomas L. Abrams, Esq.
Douglas C. Broeker, Esq.

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL  33154

4